UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EASTERLY-BERKELEY CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-03038-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

　　The parties have advised the Court that they have agreed to a settlement. Dkt. No. 26. This matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. If any party certifies to this Court, with proper notice to opposing counsel, within 90 days from the date below that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

　　**IT IS SO ORDERED**.

Dated: January 14, 2022



WILLIAM H. ORRICK
United States District Judge